**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, TX 77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| LEON OSCAR RAMIREZ, JR. | § | 15-50164 (DRJ) |
| | § | (Chapter 11) |
| DEBTOR | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for the Southern District of Texas ("UST"), by and through the undersigned counsel, who respectfully represents as follows:

1. On October 26, 2015, the Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code.

2. The UST is responsible for appointing a committee of creditors holding unsecured claims under 11 U.S.C. § 1102(a)(1).

3. The UST has not attempted to solicit creditors to serve on a creditors' committee because there are fewer than three (3) eligible creditors on the list of creditors holding the twenty largest unsecured claims.

4. A first meeting of creditors was held after notice to all creditors. An insufficient number of unsecured creditors appeared at said meeting to form a creditors' committee.

THEREFORE, the UST has not been unable to appoint a creditors' committee as contemplated by 11 U.S.C. § 1102.

Dated: December 8, 2015                    Respectfully Submitted,

                                                                    JUDY A. ROBBINS  
                                                                  UNITED STATES TRUSTEE

                                              By:    /s/ Hector Duran  
                                                            Hector Duran  
                                                            Texas Bar No. 00783996/Fed. ID No. 15243  
                                                            515 Rusk, Suite 3516  
                                                            Houston, TX 77002  
                                                            Telephone:  (713) 718-4650 x 241  
                                                            Fax:  (713) 718-4670

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served upon the parties listed below by United States Mail, first class, postage prepaid, or by ECF transmission, on the 8th day of December, 2015.

                                                            /s/ Hector Duran  
                                                            Hector Duran

DEBTOR:

Leon Oscar Ramirez, Jr.  
1720 O'Kane St.  
Laredo, TX  78043

DEBTOR'S COUNSEL:

Jesse Blanco, Esq.  
7406 Garden Grove  
San Antonio, TX  78250

PARTIES REQUESTING NOTICE:

City of Laredo  
c/o Christina Flores, Esq.  
5517 McPherson, Suite 14  
Laredo, TX  78041